# Exhibit 2

| | |
|---|---|
| **From:** | Mills, Alberta E. |
| **To:** | Kara Rollins; Jenin Younes |
| **Subject:** | Request by Dreamland Baby Co. for Retraction of Information Pursuant to Section 6(b)(7) of the Consumer Product Safety Act, 15 U.S.C. 2055(b)(7) and 16 C.F.R. 1101.52 |
| **Date:** | Friday, August 30, 2024 11:40:40 AM |
| **Attachments:** | 2024-08-30 retraction letter.CPSC statement FINAL.pdf |
| | COPF CODD Dreamland Retraction Statement - FINAL - Copy.pdf |
| | Retraction Part 2 TOA (Dreamland Baby Co.).pdf |

Dear Ms. Rollins and Ms. Younes:

I am writing to notify you of the results of the Commission's consideration of your July 23, 2024 request for retraction under Section 6(b)(7) of the CPSA. The Commission considered this matter in two parts --1 and 2-- corresponding to parts A and B of your letter, because Commissioner Trumka voluntarily recused himself from part 2 of your request (part B) involving his own statements.

On behalf of the Commission, and in response to part 1 of your July 23, 2024 letter seeking retraction of CPSC's statement on its website regarding weighted blankets and swaddles (CPSC Statement), the Commission voted 3-0-2 on August 29, 2024 to take other action and deny retraction of the CPSC statement and approve the attached letter. Chair Hoehn-Saric, Commissioner Trumka and Commissioner Boyle voted to take other action and approved the attached letter.

Commissioner Feldman and Commissioner Dziak abstained from the vote and issued a joint statement regarding this matter (copy enclosed).

In response to part 2 of your July 23, 2024 letter seeking retraction of certain of Commissioner Trumka's statements, the Commission voted 2-0-2 on August 29, 2024. A majority was not reached, and no action will be taken. Chair Hoehn-Saric and Commissioner Boyle voted to take other action (see attachment for complete text). Commissioner Feldman and Commissioner Dziak abstained from the vote and issued a joint statement regarding this matter (see copy enclosed above). Commissioner Trumka voluntarily recused himself from this decision and did not participate. Because the Commission has not reached a decision with respect to part 2 of your July 23, 2024 letter, no action will be taken on this part of your request.

Alberta Mills, Secretary


**Alberta E. Mills**
Commission Secretary
U.S. Consumer Product Safety Commission | Office of the General Counsel
4330 East West Highway | Bethesda, MD, 20814
**Office:** (301) 504-7479 | **Mobile:** (240) 863-8938 | **Email:** amills@cpsc.gov

Follow Us: Facebook, Twitter, Instagram, YouTube

*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are solely those of the author and do not necessarily represent those of the U.S.

Consumer Product Safety Commission. Copies of product recall and product safety information can be sent to you automatically via Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following web page: http://www.cpsc.gov/en/Newsroom/Subscribe *****!!!