# Exhibit 5

**Appendix B**

# COMMISSION POLICY ON LINKING TO NONGOVERNMENT WEBSITES

Excluding product recall announcements, CPSC policy generally is not to include on a CPSC website links or hyperlinks that lead to nongovernment sites. Commission approval for such links or hyperlinks has been required in the past. Such links or hyperlinks from CPSC's website and Social Media Sites or Tools[1] are permitted under this policy, in the limited circumstances set forth in this policy.[2] Any desired links or hyperlinks to nongovernment sites that do not fall under this policy require Commission approval.

Before posting a link or hyperlink on a CPSC website or a Social Media Site or Tool that leads to a nongovernment site, the Executive Director or its designee, in consultation with the Office of the General Counsel, should confirm that the link satisfies the following criteria:

1. The link must be relevant to or support the CPSC's mission of preventing deaths and injuries from consumer products and must not contain information that contradicts CPSC policies or regulations.

   Examples of nongovernment websites that can support the CPSC's mission include those that assist regulated entities in complying with CPSC regulations and requirements (*e.g.*, links to standards development organizations) and those that help the public find additional information or advance the public's knowledge about a particular safety topic.

   Nongovernment websites that are the subject of links on a CPSC website or a Social Media Site or Tool generally must not advertise, promote, or solicit users to buy products or services, unless such products or services can assist regulated entities to comply with a Commission regulation or requirement. If the website does advertise, promote, or solicit purchases of products or services in any manner, a clear and prominent statement that the CPSC does not endorse any products or services (including those appearing on the linked website) must appear in close proximity to the link or hyperlink and on the intercepting page.

2. The link must lead to a website with content that complements existing information about consumer products on the CPSC's website or Social Media Site or Tool.

3. The link must lead to a website that contains relevant, fact-based, and useful content that will benefit the public.

---

[1] "Social Media Site or Tool" means a Blog, website, or other Social Media application, platform, or technology where CPSC has an account or other presence. "Blog" means a Web-based forum with regular entries of commentary, descriptions of events, or other materials (such as graphics, audio, or video). "Social Media" means Web- or digital-based tools that facilitate collaboration and information sharing, including Blogs, microblogging services, social networking sites, video and photo sharing sites, wikis, widgets, and other emerging technologies.
[2] Links from a CPSC website or a Social Media Site or Tool to company websites containing recall information for recalls negotiated with Commission staff are authorized and are excluded from this policy.

4.  CPSC can crosslink to content on federal and state government websites and Social Media Sites, provided that the content complements safety information issued by the agency and is related to the agency's mission.

Any linking or hyperlinking out from the CPSC website, and where feasible, a Social Media Site or Tool, to a nongovernment website, must trigger an intercepting or pop-up page, notifying the public they are leaving the CPSC website and must contain such other language, as advisable or appropriate by the Executive Director or its designee, in consultation with the Office of the General Counsel.