# Exhibit 6

**OS# 0319 – Request by Dreamland Baby Co. for Information Retraction Pursuant to Section 6(b)(7) of the Consumer Product Safety Act – Statements by Commissioner Trumka**

**TAKE OTHER ACTION**

Deny Dreamland Baby Co's July 23, 2024, request to retract Commissioner Trumka's statements, social media posts, and communications (collectively statements) regarding weighted blankets and swaddles because, as described below, such retractions are unwarranted.

Section 6(b)(7) of the CPSA governs requests for retraction.  It provides that if the Commission finds that in the administration of the CPSA, it has publicly disclosed inaccurate or misleading information that reflects adversely upon the safety of any consumer product or class of consumer products, or the practices of any manufacturer, private labeler, distributor, or retailer of consumer products, it shall, in a manner equivalent to that in which such disclosure was made, take reasonable steps to publish a retraction of such inaccurate or misleading information. 15 U.S.C. § 2055(b)(7).

Here, there is no basis for retraction.  None of the statements that Dreamland challenges contain the name of Dreamland or any other manufacturer or private labeler.  Therefore, the identity of the manufacturer or private labeler of a particular product cannot be "readily ascertained" within the meaning of the CPSA and Commission regulations, and the advance notice and comment requirements of CPSA section 6(b)(1) do not apply.  See also 16 C.F.R. § 1101.13.

Further, the challenged statements were neither inaccurate nor misleading.  The statements cite the safe sleep guidance from CPSC, NIH, and CDC warning against the use of weighted blankets and swaddles.  These agencies have collaborated on safe sleep guidance over 30 years through the Safe to Sleep® campaign, a collaboration between federal health agencies, including NIH, CDC, and CPSC along with the AAP, and other outside organizations.

Finally, Commissioner Trumka's letters to retailers did not function as a "stop sale directive for all infant and weighted sleep products and blankets, including Dreamland's."  Only the Commission or a court can order a manufacturer to cease distribution in an administrative or judicial proceeding.  CPSA § 15(c)(1)(A).  Here, Commissioner Trumka acted in his own capacity requesting voluntary actions that retailers could disagree with or ignore and did not mention specific brands or manufacturers.