UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dreamland Baby Co.,

                    Plaintiff,

    v.

U.S. Consumer Product Safety Commission, *et al.*,

                    Defendants.

Case No. 1:24-cv-03277-RC

**Errata**

Defendants respectfully submit these errata to their Memorandum in Support of their Motion to Dismiss, ECF No. 6-1, to make the following corrections:

| Page | Original Text | Corrected Text |
|---|---|---|
| 1 | Department for Health and Human Services | Department of Health and Human Services |
| 3 | **"**performance requirements" | "performance requirements" |
| 4 n.1 | *Community Outreach Resource Center***,** | *Community Outreach Resource Center*, |
| 9 | The Commission "voted 3-0-2" to "deny retraction of the CPSC statement" (i.e., 3 votes in favor of denying retraction and 2 abstentions). *Id.* The Commission issued a letter explaining its conclusion that "a retraction is not warranted." Ex. 3 at 2. | The Commission "voted 3-0-2" (i.e., 3 votes in favor and 2 abstentions) to "take other action" on the CPSC statement—to deny retraction and issue a letter explaining why "a retraction is not warranted." *Id.*; Ex. 3 at 2. |
| 9 n.9 | This document does not have numbered pages | Exhibit 3 does not have numbered pages |
| 11 | Finally, regarding Dreamland's request to retract Commissioner Trumka's statements, "the Commission voted 2-0-2," i.e., two votes in favor of retraction and two abstentions. Ex. 2. | Finally, regarding Dreamland's request to retract Commissioner Trumka's statements, "the Commission voted 2-0-2," i.e., two votes to "take other action"—to deny retraction for the reasons set out |

|    |                                                                                                                                                         | in an accompanying statement—and two abstentions. Ex. 2.                                                                              |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------|
| 11 | the plaintiff cannot establish its standing,                                                                                                            | the plaintiff cannot establish its standing.                                                                                          |
| 20 | of the Commissioners seated at the time, two voted in favor of the retraction and two abstained from voting on the retraction, resulting in a deadlocked vote. | of the Commissioners participating in the vote, two voted against the retraction and two abstained, resulting in a deadlocked vote.  |
| 23 | 1981 U.S.C.C.A.N. 1010, 1242)).                                                                                                                         | 1981 U.S.C.C.A.N. 1010, 1242).                                                                                                        |
| 32 | 1981 U.S.C.C.A.N. 1010, 1242)).                                                                                                                         | 1981 U.S.C.C.A.N. 1010, 1242).                                                                                                        |
| 36 | information.…"                                                                                                                                          | information .…"                                                                                                                       |
| 37 | in the future." Compl. ¶ 206.                                                                                                                           | in the future." *Id.* ¶ 206.                                                                                                          |

A corrected version of Defendants' Memorandum in Support of their Motion to Dismiss is attached hereto.

February 7, 2025                     Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. BAR NO. 1014909)
DAVID H. HIXSON (ILL. BAR NO. 6289751)
Trial Attorneys
Consumer Protection Branch

                                              Civil Division
                                              U.S. Department of Justice
                                              P.O. Box 386
                                              Washington, DC 20044-0386
                                              (202) 305-7134 (Belfer)
                                              (202) 449-8070 (Hixson)
                                              (202) 514-8742 (fax)
                                              Isaac.C.Belfer@usdoj.gov
                                              David.H.Hixson@usdoj.gov

                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

February 7, 2025                                                      */s/ Isaac C. Belfer*
                                                                       ISAAC C. BELFER