IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DREAMLAND BABY CO., <br><br> *Plaintiff*, <br><br> v. <br><br> CONSUMER PRODUCT SAFETY COMMISSION, *et al.*, <br><br> *Defendants.* | Case No. 1:24-cv-03277-RC |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO FILE DEFENDANTS' REPLY**

Plaintiff and Defendants, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for a twenty-eight (28) day extension of time within which Plaintiff may file its Response in Opposition to Defendants' Motion to Dismiss from February 25, 2025, up to and including March 25, 2025, and a thirty-five (35) day extension of time within which Defendants may file their Reply from March 18, 2025, up to and including April 22, 2025.

This request is made in good faith and with good cause, as set forth below.

1. On November 19, 2024, Plaintiff filed its Complaint. ECF No. 1.

2. On January 28, 2025, Defendants filed a Motion to Dismiss and accompanying Memorandum in Support pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 6.

3. On January 31, 2025, the parties filed a Joint Motion for Extension of Time to File Plaintiff's Response in Opposition to Defendants' Motion to Dismiss and to File Defendants' Reply. ECF No. 7. The Court granted that joint motion on February 3, 2025. That extension of time is the only extension of time that has previously been requested or granted in this matter.

1

4. Plaintiff's Response in Opposition is currently due February 25, 2025, and Defendants' Reply is currently due March 18, 2025.

5. The parties are discussing a potential global resolution of Plaintiff's claims against Defendants. The requested extension would allow time for those discussions to continue before briefing resumes on Defendants' Motion to Dismiss.

6. A proposed order is attached.

Dated: February 21, 2025                                  Respectfully submitted,

/s/ Kara M. Rollins
Kara M. Rollins (DC Bar #1046799)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
Tel: (202) 869-5210
Fax: (202) 869-5238
kara.rollins@ncla.legal

*Counsel for Plaintiff Dreamland Baby Co.*

/s/ Isaac C. Belfer
ISAAC C. BELFER (D.C. BAR NO. 1014909)
DAVID H. HIXSON (ILL. BAR NO. 6289751)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-7134 (Belfer)
(202) 449-8070 (Hixson)
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov
David.H.Hixson@usdoj.gov

*Counsel for Defendants*

2