IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DREAMLAND BABY CO., <br><br> *Plaintiff*, <br><br> v. <br><br> CONSUMER PRODUCT SAFETY COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-03277-RC |

**[PROPOSED] ORDER**

Based upon consideration of the Joint Motion for Extension of Time to File Plaintiff's Response in Opposition to Defendants' Motion to Dismiss and to File Defendants' Reply, and for good cause shown, it is hereby ORDERED that:

1. The Joint Motion is GRANTED;

2. Plaintiff's deadline to file its Response in Opposition to Defendants' Motion to Dismiss is March 25, 2025;

3. Defendants' deadline to file their Reply is April 22, 2025.

SO ORDERED.

Dated: _____   _____
                               Rudolph Contreras
                               United States District Judge