UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dreamland Baby Co.,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. Consumer Product Safety Commission, *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-03277-RC |

**Defendants' Notice of Change in Position**

Defendants respectfully submit this Notice to inform the Court that the Department of Justice has decided that the for-cause removal protection for the Commissioners of the Consumer Product Safety Commission in 15 U.S.C. § 2053(a) is unconstitutional and that the Department will no longer defend it in litigation. Accordingly, the Department will not continue to defend that protection in this action. *See* ECF No. 8-1 at 40–41. Nonetheless, Defendants maintain that the Court should dismiss Count VII of the Complaint for failure to state a claim for relief because Dreamland has failed to allege the required harm from the removal protection. *See id.* at 41–42.

March 14, 2025

Respectfully submitted,

Y<small>AAKOV</small> M. R<small>OTH</small>
Acting Assistant Attorney General
Civil Division

A<small>MANDA</small> N. L<small>ISKAMM</small>
Director

L<small>ISA</small> K. H<small>SIAO</small>
Deputy Director, Civil Litigation

JAMES W. HARLOW
Acting Assistant Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. BAR NO. 1014909)
DAVID H. HIXSON (ILL. BAR NO. 6289751)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-7134 (Belfer)
(202) 449-8070 (Hixson)
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov
David.H.Hixson@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

| | |
|---|---|
| March 14, 2025 | */s/ Isaac C. Belfer* <br> ISAAC C. BELFER |