**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DREAMLAND BABY CO., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 24-3277 (RC) |
| v. | : | |
| | : | Re Document No.: 6 |
| CONSUMER PRODUCT SAFETY | : | |
| COMMISSION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and
contemporaneously issued, Defendants' Motion to Dismiss (ECF No. 6) is **GRANTED in part**
as to Counts 1–3 and 5–7, and **DENIED in part** as to Count 4.

**SO ORDERED**.

Dated:  September 26, 2025

RUDOLPH CONTRERAS
United States District Judge