**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Dreamland Baby Co., | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-03277-RC |
| U.S. Consumer Product Safety Commission, *et al.*, | |
| Defendants. | |

### Defendant's Cross-Motion for Summary Judgment

Defendant U.S. Consumer Product Safety Commission hereby moves the Court for

summary judgment under Federal Rule of Civil Procedure 56 as to Count IV of the Complaint.

The grounds for this motion are fully set forth in an accompanying memorandum.

March 13, 2026                                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JAMES W. HARLOW
Acting Assistant Director

*/s/ David H. Hixson*
DAVID H. HIXSON (Ill. Bar No. 6289751)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 449-8070 (Hixson)
(202) 305-7134 (Belfer)
David.H.Hixson@usdoj.gov
Isaac.C.Belfer@usdoj.gov