**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DREAMLAND BABY CO., | |
| *Plaintiff,* | |
| v. | Case No. 1:24-cv-03277-RC |
| CONSUMER PRODUCT SAFETY COMMISSION, *et al.,* | **DECLARATION OF TARA WILLIAMS** |
| *Defendants.* | |

I, Tara Williams, hereby declare as follows:

1.      I am the founder and CEO of Dreamland Baby Co. ("Dreamland"), an infant and child products company that, among other things, designs, produces, and sells the Dream Weighted Sleep Swaddle and Dream Weighted Sleep Sack.

2.      Since 2021, I have served as co-chair of the ASTM F15.19 Wearable Infant Blankets Subcommittee, which is responsible for developing voluntary consumer safety standards for infant sleep products, including wearable blankets and swaddles. In that role, I have helped lead technical discussions regarding product safety considerations, reviewed scientific and industry data, and participated in the evaluation and development of proposed safety requirements and performance standards in collaboration with subcommittee members, including staff from the Consumer Product Safety Commission ("CPSC").

3.      As a result of that role, I am personally familiar with communications and materials shared among myself and other subcommittee participants, including staff from the CPSC.

1

4.      In November 2023, Dreamland engaged Dr. Richard H. Sandler, M.D., of the University of Central Florida to provide medical consulting services, including reviewing scientific literature, conducting a quantitative physiological analysis of infant chest wall mechanics and the effects of externally applied weight, and assisting Dreamland in evaluating and responding to concerns raised by CPSC staff in a November 2023 letter.

5.      On April 22, 2024, Dr. Sandler prepared a letter responding to concerns raised by CPSC staff regarding the risk of sudden infant death syndrome ("SIDS") associated with weighted infant sleep sacks, as set forth in a November 2023 letter from Khalisa Phillips, PhD, CPSI, to the ASTM F15.19 Subcommittee. A copy of Dr. Sandler's letter is attached as Attachment A.

6.      In that letter, Dr. Sandler reviewed relevant scientific literature, conducted a quantitative analysis of infant respiratory physiology and chest wall loading, evaluated available product data and CPSC staff measurements, and assessed the relationship between applied chest weight and normal physiologic respiratory forces. *See* Attachment A.

7.      Based on this analysis, he concluded that the weight associated with currently marketed weighted infant sleep products is small relative to normal respiratory forces and falls within a range that would not be expected to impair normal respiration. *See* Attachment A.

8.      These efforts were undertaken to further evaluate and address the safety considerations identified by CPSC staff.

9.      On April 29, 2024, I emailed Dr. Sandler's letter to Khalisa Phillips, PhD CPSI, a CPSC staff participant in the ASTM F15.19 Subcommittee. A copy of that email is attached here as Attachment B.

10. In my April 29, 2024 email, I also responded to Khalisa Phillips's request for an update on a clinical sleep study Dreamland had contracted with Indiana University to study the safety and efficacy of weighted wearable blankets. *See* Attachment B.

11. In that email, I told her that the clinical study had completed the first two infants and that the preliminary observations showed no changes in vital signs, including respiratory parameters, during product use. *See* Attachment B.

12. Unfortunately, the study was terminated before it was completed and Indiana University's opinion was that scientific conclusions should not be drawn from the data collected based on the sample size. A copy of the termination letter is attached as Attachment C.

13. The letter indicates that while the study team was aware of the AAP's position on weighted infant products when the study commenced, the CPSC's warning about weighted sleep sacks and swaddles caused the study's termination. *See* Attachment C.

14. Based on emails among ASTM F15.19 Subcommittee members, it is my understanding that other CPSC staff were aware of Dr. Sandler's letter, including Jacqueline Campbell and Daniel Taxier. A copy of that email chain is attached as Attachment D.

15. The statements in this declaration are true and correct to the best of my knowledge.

16. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of April 2026.

By _____
Tara Williams

**Attachment A**



UNIVERSITY OF CENTRAL FLORIDA

**College of Medicine**
6850 Lake Nona Blvd.
Orlando, FL 32827

April 22, 2024

Michelle Barry & Tara Williams Subcommittee Co-Chairs
ASTM F15.19 100 Barr Harbor Dr.
West Conshohocken, PA 19428-2959

Dear Ms. Barry & Ms. Williams:

This letter is to comment on the concern raised by the CPSC staff about SIDS death risk of weighted infant sleep sacks, specifically, we wish to comment on the letter signed by Khalisa Phillips, Ph.D., Psychologist, Division of Human Factors to your subcommittee, on November 16, 2023.

Dr. Phillips et al are to be commended on the thoughtful expression of concern in the protection of babies from novel products. We agree that:
1.      There are not published prospective studies on the safety of these devices;
2.      That as chest loading with more weight increases, there may be an adverse effect on respiratory excursion and/or respiratory drive,
3.      It is therefore reasonable to have voluntary or imposed weight limit standards which are based on infant size, age and/or weight.

While such research is carried out, and standards are being promulgated, the immediate question is whether the currently marketed chest weighted infant products may represent a risk adequate to suggest voluntary or mandatory recall of said products. To best answer that question, we suggest consideration of the following subsidiary questions:
1.      What is the approximate physiologic "lifting pressure" of a normal newborn infant's chest upon inspiration?
2.      What is the approximate mass of the weighted infant products as applied to the infants' chest?
3.      How does the mass of the weighted infant products effect as applied to the infant's chest compare to:
    a.      The physiologic respiratory lifting pressure of the chest area?
    b.      Other weights commonly applied to infants' chests?
4.      What has been the experience to date with adverse pulmonary (including SIDS) deaths w/ the millions of similar products that have been on the market for over a decade?
5.      Given the above, what might be reasonable interim weight limits for such products, pending further data or experience?
6.      How does the chest applied mass of the currently available products compare to #5 above?

Addressing each of these questions in turn:

1: What is the lifting pressure of the normal infant chest wall that would be opposed by chest wall mass loading?

Mammals (including humans of all ages) rely on negative pressure ventilation. To estimate the forces required to adequately ventilate (airway pressures required to deliver appropriate tidal volume given airway and chest wall resistance), we can use the positive ventilation values for term newborn babies. This is known with reasonable precision, as mechanical ventilation is part of routine clinical care in the NICU, PICU, and as part of anesthesia care in the operating theaters. Typical ventilator settings are in the order of a PEEP of 5 cm of water pressure, and a PIP of 20-25 cm of water pressure, resulting in a driving pressure DP of (DP = PIP-PEEP) or about 15-20 cm of water. We will use the midpoint for our calculations, or 17.5 cm of water pressure. What lifting pressure of the chest would then result from this airway driving pressure, and therefore, be opposed by the chest wall loading from weighted sleep products?
Using known unit conversions:
·     1 cm of water pressure = 0.0142233 PSI
·     1 pound = 453.592 g
·     Therefore 1 cm of water pressure = 0.0142233 PSI x 453.592 g/pound, or 6.45 g per sq in.
Therefore, the lifting pressure of the chest wall would be approximately:
6.45 g per sq in/1 cm water pressure x 17.5 cm water pressure = 112.9 g per sq in
For our calculations, we will use the infant chest area suggested by the CPSC staff of 10.6 sq in. Therefore, the total physiologic chest lifting pressure upon normal respiration would be expected to be in the order of 110 g/in sq x 10.6 sq in or 1,196.7 g or about 1.2 kg.

2: What is the approximate mass of the weighted infant products as applied to the infants' chest?
The CPSC staff in the above-mentioned letter report their measurements of the infant weighted products chest weight (on 10.6 sq in) to vary from 0.0288# (13.06 g) to 0.0846 # (38.37 g). As this variance of 293% appeared large, we independently measured the weights of these products, and also found significant weight variance of 10.6 sq in carefully cut from the central portion of the vests, whereby the weights of 5 samples varied from 15.42 g to 31.55 g, for a mean of 21.09 g for a 10.6 sq in frontal segment.

3a: How does the mass of the weighted infant products effect as applied to the infant's chest compare to the physiologic respiratory lifting pressure of the chest area?
From our response to Question 1 above, we estimated an infants' chest lifting pressure over the specified 10.6 sq in to be approx. 1.2 kg. From the response to Question 2, we can see a range of weights applied to the specified chest area, of 13-38 g for the CPSC staff's measurement, and 15-32 g for our measurements. If we consider the range, we have a comparison of 13 to 38 g, compared to approximately 1200 g, yielding a 1.0 to 3.2% comparative respiratory chest compressive vs expansion forces.

3b: How does the 13 to 38 g mass of the weighted infant products compare to other weights common objects?
·     Less than the weight of a lightweight short sleeve cotton onesie (about 40 g) (https://www.babycious.com/how-much-do-baby-clothes-and-diapers-weigh/).
·     About 2.7-8% of the weight of an infant winter jacket (**473 g,https://www.patagonia.com/product/baby-all-seasons-3-in-1-jacket/195699751217.html**)
·     About the weight of one slice of bread (~ 38g) (https://www.fob.uk.com/wp-content/uploads/2020/02/FS-20-Calories-in-Bread.pdf) or one slice of American cheese (20.6

g) (https://www.verywellfit.com/american-cheese-nutrition-facts-and-health-benefits-5207112)

4: What has been the experience to date with adverse pulmonary (including SIDS) deaths with the millions of similar products that have been on the market for over a decade?

We defer to the CPSC staff, but to our knowledge, there have been no reports of SIDS, deaths, significant pulmonary complications or other adverse events, caused by the over ~2.5 million weighted sleep products currently on the market, sold since 2011. Further, the scientific literature has many times cited the possible effect of winter clothing causing excess infant heating leading to possible increase in SIDS, we are unaware of any study implicating the chest weight of winter protective clothing or blankets in the etiology of SIDS.

5: Given the above, what might be reasonable interim weight limits for such products, pending further data or experience?

There is not a readily available scientific response to this question. All the above taken into consideration, it appears reasonable to limit the electively externally applied chest weight to in the order of 5% of the chest lifting pressure for an infant, or a maxim of approximately 60 g/10.6 in sq for the smallest size 0-3 m units.

6: How does the chest applied mass of the currently available products compare to #5 above?

It appears that the current weighted products with weights per 10.6 sq in on the chest is 22-63% of the proposed standard, or **comfortably within range.**

Given the above, we respectfully urge the CPSC to consider:

1. Calling for prospective observational studies of chest loaded infant wearable products
2. Interim publication of voluntary mass chest loading guidelines
3. Not calling for a voluntary or mandatory recall of the current weighted product.

Respectfully submitted,

Richard H. Sandler, MD
Nemours Children's Hospital
Adjunct Professor of Pediatrics, Adjunct Professor of Mechanical and Aerospace Engineering
University of Central Florida
Cell: 407.575.3458
Email: rhsandler@gmail.com
Correspondence to: RHS, 4079 Conway Pl Cir, Orlando, FL 32812

/FL/
Floyd Livingston MD, FAAP, FCCP, FAASM
Division Chief, Pediatric Pulmonology & Sleep Medicine
Nemours Children's Hospital
Professor of Pediatrics
University of Central Florida College of Medicine

**Attachment B**

 Gmail

tara williams <tara@dreamlandbabyco.com>

## Weighted chest study
17 messages

**tara williams** <tara@dreamlandbabyco.com>                          Mon, Apr 29, 2024 at 5:24 PM
To: Khalisa Phillips <kphillips@cpsc.gov>

Hi Khalisa,

Please see below from Dr. Sandler.

We also completed the first two infants in our Indiana University sleep study. There was no change in vitals, etc when the weighted blanket was applied. I am excited to share early findings with CPSC soon.

Please let me know if you have any questions or want to meet and discuss.

Best,

Tara Williams
Founder & CEO
(925) 389-2694
dreamlandbabyco.com

Begin forwarded message:

> **From:** Richard Sandler <rhsandler@gmail.com>
> **Date:** April 22, 2024 at 5:44:27 AM PDT
> **To:** tara williams <tara@dreamlandbabyco.com>
>
>
>
> Hi Tara et al.
>
> Here's the signed letter by me.
>
> Best regards,
> RS
>
>
>
> Richard H. Sandler, MD
> Gastroenterology, Hepatology and Nutrition
> Nemours Children's Hospital
> Professor of Pediatrics
> Professor of Mechanical and Aerospace Engineering
> University of Central Florida

cell: 407.575.3458

---

 **Sandler CPSC let.pdf**
1963K

---

**Phillips, Khalisa** <KPhillips@cpsc.gov>                          Mon, Apr 29, 2024 at 6:35 PM
To: tara williams <tara@dreamlandbabyco.com>

Dear Tara,

Appreciate your firm's efforts to collect safety data on weighted infant wearables, and for the update on data collection for 2 of the infants. Am I remembering correctly that there are 8 more infants to collect data from? When do you think you will be finished with data collection? Thanks also for sharing your letter to ASTM with CPSC staff. Please let us know you have any specific questions or comments regarding the topics raised in the letter.

I am currently focused on preparing incident data for the subcommittee meeting, but soon will shift to reviewing the ballot and preparing comments for the May meeting. I look forward to the opportunity to review your study and findings.

All the best,

Khalisa

[Quoted text hidden]

\*\*\*\*\*!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety Commission. Copies of product recall and product safety information can be sent to you automatically via Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following web page: http://www.cpsc.gov/en/Newsroom/Subscribe \*\*\*\*\*!!!

---

**tara williams** <tara@dreamlandbabyco.com>                          Fri, May 3, 2024 at 5:54 PM
To: "Phillips, Khalisa" <KPhillips@cpsc.gov>

Thanks Khalisa. You are correct, the pilot has 10 infants total. The PI is going to write preliminary findings after the 5th infant is completed. That should be in the next 2 weeks or so. Please let me know if you have any questions before then.

I look forward to seeing you in a few weeks at ASTM.

Best,

[Quoted text hidden]

--
Tara Williams
Founder & CEO

(925) 389-2694
dreamlandbabyco.com
@dreamlandbabyco

Dreamland Baby

---

**Phillips, Khalisa** <KPhillips@cpsc.gov>                                                    Mon, May 6, 2024 at 4:34 PM
To: tara williams <tara@dreamlandbabyco.com>

Hi Tara, thanks for confirming number of infants. See you soon, Khalisa

[Quoted text hidden]

---

**Phillips, Khalisa** <KPhillips@cpsc.gov>                                                    Mon, Jul 8, 2024 at 11:08 AM
To: tara williams <tara@dreamlandbabyco.com>
Cc: "michelle.barry@safeinfantsleep.org" <michelle.barry@safeinfantsleep.org>, "Lynyak, Molly" <mlynyak@astm.org>,
Voluntary Standards <VoluntaryStandards@cpsc.gov>, "Kumagai, Mark" <MKumagai@cpsc.gov>, "Balci-Sinha, Rana"
<RBalciSinha@cpsc.gov>

Dear Tara,


Do you have any updates to share on your pilot study with weighted wearable infant blankets? Do you have any
preliminary findings to share for the first 5 subjects?


Thanks much, Khalisa


**Khalisa Herman Phillips, Ph.D.**

Psychologist | Division of Human Factors

U.S. Consumer Product Safety Commission

5 Research Place | Rockville, MD 20850

Phone: 301-987-2209

E-mail: kphillips@cpsc.gov

Follow Us: Facebook, Twitter, Instagram, YouTube

[Quoted text hidden]

---

**Phillips, Khalisa** <KPhillips@cpsc.gov>                                                    Mon, Jul 8, 2024 at 11:41 AM
To: tara williams <tara@dreamlandbabyco.com>
Cc: "michelle.barry@safeinfantsleep.org" <michelle.barry@safeinfantsleep.org>, "Lynyak, Molly" <mlynyak@astm.org>,
Voluntary Standards <VoluntaryStandards@cpsc.gov>, "Kumagai, Mark" <MKumagai@cpsc.gov>, "Balci-Sinha, Rana"
<RBalciSinha@cpsc.gov>

**Attachment C**

# UNIVERSITY CLINICAL AFFAIRS
# OFFICE OF CLINICAL RESEARCH

June 21, 2024

Tara Williams
1824 Port Margate
Newport Beach, CA 92660
tara@dreamlandbabyco.com

I am writing to formally notify you of the termination of the investigator-initiated clinical trial contract ("Agreement") for the protocol entitled "Assessment of the Safety and Efficacy of Weighted Wearable Blankets in Healthy Infants During Overnight Sleep" (incorporated herein by reference) between Dreamland Baby Co. ("Dreamland") and The Trustees of Indiana of Indiana University ("IU").  The effective date of this contract was March 18, 2024.

After careful consideration, we have decided to terminate the Agreement effective June 11, 2024 pursuant to Section 10.3, which allows early termination based upon safety concerns.  In this instance, the investigator discovered a reportable event and notified the IRB.  Specifically, the reportable event sought to inform the IRB about a discovery made by the study team post-approval regarding the US Consumer Products Safety Commission (CPSC) making a clear statement warning parents that weighted sleep sacks or swaddles are not considered safe. This, combined with the previously known statement by the American Academy of Pediatrics (AAP) that it opposes weighted baby blanket products and urges families not to use them due to risk for entrapment and suffocation, impacts the risk of this study.  The IRB has determined that the study is to be closed.

In accordance with the terms of the Agreement we will ensure that all obligations up to the effective termination date are fulfilled. Specifically, we will:

1. Return or destroy any Dreamland confidential information in our possession.
2. Return 21 sleep sacks to Dreamland

We also request that Dreamland acknowledges this termination and confirms the receipt of this letter. Furthermore, we would appreciate your cooperation in coordinating any necessary steps to wind down the trial effectively and in compliance with regulatory and ethical guidelines.

Should you have any questions or require further information, please do not hesitate to contact me at geppertc@iu.edu.

Thank you for your attention to this important notice. We look forward to your prompt acknowledgment of this termination.

Sincerely,

Caren D. Geppert
Associate Director
Office of Clinical Research for Indiana University
geppertc@iu.edu

University Clinical Affairs
Office of Clinical Research
410 W. 10th Street, Suite 1000
Indianapolis, IN 46202
(317) 278-2546

**Attachment D**

 Gmail                                                     tara williams <tara@dreamlandbabyco.com>

## RE: Dr. Sandler letter

3 messages

**Lynyak, Molly** <mlynyak@astm.org>                                    Wed, May 1, 2024 at 7:43 AM
To: "Phillips, Khalisa" <KPhillips@cpsc.gov>
Cc: tara williams <tara@dreamlandbabyco.com>, "Michelle.barry@safeinfantsleep.org"
<michelle.barry@safeinfantsleep.org>, "Campbell, Jacqueline" <JCampbell@cpsc.gov>

Dear Khalisa,

Thanks for reaching out and great question.

I am not sure. The decision to send it out to the subcommittee is not up to me, it's up to the subcommittee chairs.

I am not clear; however, on the ask to ASTM in the letter. If Dr. Sandler has comments and wants to share them, it's probably best for the Dr. to do that via the balloting process. He/She can join and submit comments on the open ballot for consideration.

However, it seems that the requests in the letter are directed at CPSC so I'm not sure if this letter should have been addressed/sent to CPSC.  I understand CPSC has requirements as to how someone can contact CPSC with a request, but not entirely clear on those steps. I'm copying in Jacqueline, if she wants to provide any additional information on that.

I am also copying in the subcommittee chairs so they can give us their feedback on how they propose to deal with the letter they received. Do we know why this letter was written/was it solicited?

Sincerely,

Molly

Molly Lynyak, MPA

Manager, Technical Committee Operations

—

Case 1:24-cv-03277-RC     Document 27-1     Filed 04/02/26     Page 16 of 17

[100 Barr Harbor Drive](), PO Box C700

West Conshohocken, PA 19428-2959, USA

tel +1.610.832.9743

[www.astm.org]()

---

**From:** Phillips, Khalisa <KPhillips@cpsc.gov>
**Sent:** Tuesday, April 30, 2024 6:57 AM
**To:** Lynyak, Molly <mlynyak@astm.org>
**Subject:** Dr. Sandler letter

Dear Molly, I received the following question from my management chain in response to me forwarding on Dr. Sandler's letter.  Do I have the correct understanding that this letter will not be going out to ASTM? Is this due to weighted being on memory sheet or something else?

\*\*\*\*\*\*\*\*

Thanks – will this letter be shared with the entire ASTM group.  Will  AAP and advocates be able to comment?

_____

**Kind regards,**

Khalisa

\*\*\*\*\*!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety Commission. Copies of product recall and product safety information can be sent to you automatically via Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following web page: [http://www.cpsc.gov/en/Newsroom/Subscribe]() \*\*\*\*\*!!!

---

**Campbell, Jacqueline** <JCampbell@cpsc.gov>                                          Wed, May 1, 2024 at 7:51 AM
To: "Lynyak, Molly" <mlynyak@astm.org>, "Phillips, Khalisa" <KPhillips@cpsc.gov>
Cc: tara williams <tara@dreamlandbabyco.com>, "Michelle.barry@safeinfantsleep.org" <michelle.barry@safeinfantsleep.org>

Thanks for looping me in, Molly.

Typically, letters for Commission consideration are sent to the Office of the Secretary (Alberta Mills,

3/26/26, 5:26 PM

amills@cpsc.gov).  Let me know if I can help with that process.

[Quoted text hidden]

---

**Campbell, Jacqueline** <JCampbell@cpsc.gov>                    Fri, May 17, 2024 at 9:04 AM
To: "Lynyak, Molly" <mlynyak@astm.org>, "Phillips, Khalisa" <KPhillips@cpsc.gov>
Cc: tara williams <tara@dreamlandbabyco.com>, "Michelle.barry@safeinfantsleep.org"
<michelle.barry@safeinfantsleep.org>, "Taxier, Daniel" <DTaxier@cpsc.gov>

Just following up on this issue.  Let me know if I can help further.

[Quoted text hidden]